IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGELO NORRIS, JR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA**, *et al*. | : | NO.  08-2222 |
| | : | |

## ORDER

**AND NOW**, this 5th day of August, 2009, upon consideration of the Motion for Summary Judgment of Defendant the City of Philadelphia (Document No. 10) and after a review of the entire record, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendant the City of Philadelphia and against the plaintiff Angelo Norris, Jr.

      /s/ Timothy J. Savage  
      TIMOTHY J. SAVAGE,  J.